# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-01216-001-TUC-JGZ (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Cesar Arce-Hernandez, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued on September 5, 2025, by United States Magistrate Judge Maria S. Aguilera. (Doc. 53.) Magistrate Judge Aguilera recommends dismissing the Petition to Revoke (Doc. 41) because the government failed to prove Allegation A by a preponderance of the evidence. The Report informed the parties of the fourteen-day deadline for filing objections to the Report.

The deadline for filing objections expired on September 19, 2025. *See* Fed. R. Crim. P. 59(b)(2). No objections have been filed.

After review, the Court finds the recommendation is supported. Accordingly, the Court will adopt Magistrate Judge Aguilera's recommendation. Therefore,

IT IS ORDERED that the Report and Recommendation (Doc. 53) is ADOPTED.

IT IS FURTHER ORDERED that the Petition to Revoke (Doc. 41) is DISMISSED.

//
//
//

IT IS FURTHER ORDERED that upon release from custody, Cesar Arce-Hernandez MUST REPORT to the United States Probation Office in Tucson, AZ by Thursday, September 25, 2025, by 12:00 p.m.

Dated this 23rd day of September, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge

cc:  U.S. Marshal
     Fabiola Pereza, U.S. Probation